UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re: Bankr. Case No. 12-31717-DHW-13

Thomas McReynolds, Jr. Chapter 13

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ James Hogan, Jr.

James Hogan, Jr.
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 16, 2012 :

Richard D. Shinbaum
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
P. O. Box 173
Montgomery, AL 36101

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx89154 / 642937